AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☒ SUPERSEDING

**OFFENSE CHARGED**

See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
AUG 1 8 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Clarence Trapps

DISTRICT COURT NUMBER
CR 15-382 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MARC PRICE WOLF

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

Case4:15-cr-00382-JSW Document23 Filed08/18/15 Page2 of 10

FILED
AUG 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*United States v. Clarence Trapps*
Penalty Sheet Attachment (First Superseding Indictment)

## Counts 1, 2, 3, 5, 10

21 U.S.C. § 841(a)(1), (b)(1)(C) - Distribution and possession with intent to distribute a mixture or substance containing cocaine base

| | |
|---|---|
| Maximum Term of Imprisonment: | 20 years |
| Maximum Fine: | $1,000,000 |
| Minimum Term of Supervised Release: | 3 years |
| Maximum Term of Supervised Release: | Life |
| Mandatory Special Assessment: | $100 |
| Additional Penalty: | Mandatory and discretionary denial of federal benefits upon conviction |

## Counts 4, 9

21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) - Distribution and possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers

| | |
|---|---|
| Minimum Term of Imprisonment: | 5 years |
| Maximum Term of Imprisonment: | 40 years |
| Maximum Fine: | $5,000,000 |
| Minimum Term of Supervised Release: | 4 years |
| Maximum Term of Supervised Release: | Life |
| Mandatory Special Assessment: | $100 |
| Additional Penalty: | Mandatory and discretionary denial of federal benefits upon conviction |

## Counts 6, 11

18 U.S.C. § 922(g)(1) - Felon in possession of firearm and/or ammunition

| | |
|---|---|
| Maximum Term of Imprisonment: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Term of Supervised Release: | 3 years |
| Mandatory Special Assessment: | $100 |

## Counts 7

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) - Distribution and possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers

| | |
|---|---|
| Minimum Term of Imprisonment: | 10 years |
| Maximum Term of Imprisonment: | Life |

FILED

AUG 18 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maximum Fine: | $10,000,000 |
| Minimum Term of Supervised Release: | 5 years |
| Maximum Term of Supervised Release: | Life |
| Mandatory Special Assessment: | $100 |
| Additional Penalty: | Mandatory and discretionary denial of federal benefits upon conviction |

### Count 8

21 U.S.C. § 841(a)(1), (b)(1)(B)(iii) - Distribution and possession with intent to distribute 28 grams or more of a mixture or substance containing cocaine base

| | |
|---|---|
| Minimum Term of Imprisonment: | 5 years |
| Maximum Term of Imprisonment: | 40 years |
| Maximum Fine: | $5,000,000 |
| Minimum Term of Supervised Release: | 4 years |
| Maximum Term of Supervised Release: | Life |
| Mandatory Special Assessment: | $100 |
| Additional Penalty: | Mandatory and discretionary denial of federal benefits upon conviction |

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

FILED

AUG 1 8 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CLARENCE TRAPPS

DEFENDANT(S).

## SUPERSEDING INDICTMENT

VIOLATIONS:
21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Cocaine Base and Methamphetamine;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 853(a) and 18 U.S.C. § 924(d) – Forfeiture Allegations

A true bill.

_____ Foreman

Filed in open court this __18th__ day of __August 2015__.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ __no process__

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | |

FILED

AUG 18 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO: CR15-382 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C) – Possession with Intent to Distribute and Distribution of Cocaine Base and Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d) – Forfeiture Allegations |
| CLARENCE TRAPPS, | |
| Defendant. | |
| | ) OAKLAND VENUE |

## FIRST SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) --- Possession with Intent to Distribute and Distribution of Cocaine Base)

On or about June 15, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FIRST SUPERSEDING INDICTMENT

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) --- Possession with Intent to Distribute and Distribution of Cocaine Base)

    On or about June 17, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) --- Possession with Intent to Distribute and Distribution of Cocaine Base)

    On or about June 23, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) --- Possession with Intent to Distribute and Distribution of Methamphetamine)

    On or about June 23, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) --- Possession with Intent to Distribute and Distribution of Cocaine Base)

    On or about June 30, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of

FIRST SUPERSEDING INDICTMENT

crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT SIX: (18 U.S.C. § 922(g)(1) --- Felon in Possession of a Firearm and Ammunition)

      On or about July 6, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, unlawfully and knowingly possessed a firearm and ammunition, namely a Taurus .45 caliber pistol bearing serial number NCV94498, and thirty two (32) rounds of .45 ACP caliber ammunition with a head stamp of "DRT 45 AUTO," in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT SEVEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) --- Possession with Intent to Distribute and Distribution of Methamphetamine)

      On or about July 8, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT EIGHT: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) --- Possession with Intent to Distribute and Distribution of Cocaine Base)

      On or about July 14, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: 28 grams and more of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

COUNT NINE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) --- Possession with Intent to Distribute and Distribution of Methamphetamine)

      On or about July 14, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

FIRST SUPERSEDING INDICTMENT

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT TEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) --- Possession with Intent to Distribute Cocaine)

On or about July 14, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT ELEVEN: (18 U.S.C. § 922(g)(1) --- Felon in Possession of a Firearm and Ammunition)

On or about July 14, 2015, in the Northern District of California, the defendant,

CLARENCE TRAPPS,

after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, unlawfully and knowingly possessed a firearm and ammunition, namely a Remington 12 gauge shot gun bearing serial number D978204M, twenty (20) rounds of .45 ACP caliber ammunition with a head stamp of "DRT AUTO," and two (2) rounds of 12 gauge ammunition with a head stamp of 'FIOCCHI 12," in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:    (21 U.S.C. § 853 and 18 U.S.C. § 924 – Forfeiture)

1.    The allegations contained in Count Ones through Eleven of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (a)(2) and 18 U.S.C. § 924(d)(1).

2.    Upon a conviction of any of the offenses alleged in Counts One through Eleven above, the defendant,

CLARENCE TRAPPS,

FIRST SUPERSEDING INDICTMENT

1 shall forfeit to the United States all right, title, and interest in property constituting and derived from any
2 proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used,
3 or intended to be used, in any manner or part, to commit or to facilitate the commission of the said
4 violations, including, but not limited to:
5     a. A sum of money equal to the amount of money involved in the commission of said offense;
6     b. 2002 silver Hyundai Santa Fe, California license plate No. 6J0W511;
7     c. Remington, Model 870 Express Magnum, 12 gauge shot gun, serial number D978204M;
8     d. Twenty (20) rounds of .45 caliber ammunition, bearing head stamp "DRT 45 AUTO";
9     e. Two (2) rounds of 12 gauge ammunition, bearing head stamp "FIOCCHI 12."
10 3.   If, as a result of any act or omission of the defendant, any of said property
11     a. cannot be located upon the exercise of due diligence;
12     b. has been transferred or sold to or deposited with a third person;
13     c. has been placed beyond the jurisdiction of the Court;
14     d. has been substantially diminished in value; or
15     e. has been commingled with other property with cannot be divided without difficulty;
16 any and all interest defendant has in any property (not to exceed the value of the above forfeitable
17 property) shall be vested in the United States and forfeited to the United States.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

FIRST SUPERSEDING INDICTMENT

1  All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p); Title 18, United
2  States Code, Section 924(d)(1); and Rule 32.2 of the Federal Rules of Criminal Procedure.

5  DATED:                                              A TRUE BILL.
6  8/18/15

7                                                     _____
                                                       FOREPERSON

8  MELINDA HAAG
9  United States Attorney

10 David R Callaway
11 by Thomas A Colthurst
   _____
12 DAVID R. CALLAWAY
   Chief, Criminal Division

14 (Approved as to form: _____)
              Marc Price Wolf
15            Assistant United States Attorney

FIRST SUPERSEDING INDICTMENT